# IN THE UNITED STATES DISTRICT COURT
# FOR MASSACHUSETS

| | |
|---|---|
| LEOPOLD O. V. ENWONWU, | ) |
|     Plaintiff, | ) CIVIL ACTION FILE NO: |
| v. | ) |
| CITY OF SOMERVILLE, PAT'S TOWING | ) JURY TRIAL DEMANDED |
|     Defendants. | ) |

## COMPLAINT FOR DEFENDANT'S VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT 42 U.S.C. §§ 12101 ET SEQ.

**COMES NOW**, Leopold O. V. Enwonwu, (hereafter "Plaintiff"), and for his Complaint respectfully show the Court as follows:

### I.

### JURISDICTION AND VENUE

1.

This action is brought to redress the denial of the right of disabled and/or handicapped persons by the willful and deliberate acts of the City of Somerville under color of law in violation of the Americans With Disabilities Act, 42 U.S.C. §§ 12101, et seq., by failing to provide adequate accommodation in the various parking lots and along the streets of the city to meet the parking needs of handicapped

(disabled) persons that in other cities in the Commonwealth of Massachusetts as well as throughout the United States of America are ordinarily provided more spacious parking spots that are clearly mark as reserved for the handicapped, free of charge.

2.

The court has federal question subject matter jurisdiction, (28 U.S.C. § 1331), and supplemental jurisdiction (28 U.S.C. § 1367).

3.

Venue is proper in this Court.

## II.

## PARTIES

4.

Plaintiff is a Black male, disabled U.S. citizen, who receives a monthly stipend of 733.00 from the Social Security Administration. A true and correct copy of his Benefits Letter dated July 14, 3005 is attached and marked Exhibit 1.

5.

At all times material to instant action Plaintiff was in possession of a Ford Explorer that is the property of and registered in the name of his son Lotenna O. V, Enwonwu with Massachusetts registration number 2AA879, which he drove principally to his medical appointments.

6.

The City of Somerville is chartered as a municipality under the laws of the Commonwealth of Massachusetts, and is authorized to make and enforce traffic laws that do not infringe on or offend against the laws of the Commonwealth or those of the United States.

7.

Pat's Towing is a company with its mailing address at 395 Riverside Avenue, Medford, MA 02155. Pat's Towing also has a physical storage office at 142 Mystic Avenue, Medford, MA 02155.

8.

At all relevant times, Plaintiff displayed on said vehicle by hanging on the stem of the rear view mirror the Parking Identification Placard No. P92595587, issued to him by the Commonwealth of Massachusetts, with an expiration date of March 20, 2020; a true and correct copy of which is attached herewith and marked Exhibit 2.

9.

At all relevant times, Plaintiff's said vehicle clearly displayed by hanging on the stem of the rear view mirror the Parking Identification Placard No. P92595587, issued by the Commonwealth of Massachusetts to Plaintiff, with an expiration date

of March 20, 2020; a true and correct copy of which is attached herewith and marked Exhibit 2.

10.

In the disparate and unwarranted enforcement of its traffic laws, the City of Somerville has variously cited Plaintiff with a total of 14 (fourteen) parking tickets, imposing corresponding cash penalties as shown hereunder, as follows:

| Ticket Number | Plate | State/ Province | Issue Date | Current Amount |
| --- | --- | --- | --- | --- |
| SX195946074 | 2AA879 | MA | 11/17/2014 | $70.00 |
| SX193473066 | 2AA879 | MA | 6/19/2015 | $50.00 |
| SX195959256 | 2AA879 | MA | 5/1/2015 | $70.00 |
| SX193150462 | 2AA879 | MA | 5/12/2015 | $35.00 |
| SX194984473 | 2AA879 | MA | 4/21/2015 | $50.00 |
| SX193075831 | 2AA879 | MA | 5/8/2015 | $45.00 |
| SX194917645 | 2AA879 | MA | 4/28/2015 | $50.00 |
| SX194853186 | 2AA879 | MA | 5/2/2015 | $50.00 |
| SX193432492 | 2AA879 | MA | 6/12/2015 | $55.00 |
| SX193396195 | 2AA879 | MA | 6/8/2015 | $55.00 |
| SX193249770 | 2AA879 | MA | 5/26/2015 | $55.00 |
| SX193472764 | 2AA879 | MA | 6/18/2015 | $50.00 |
| SX193535355 | 2AA879 | MA | 6/30/2015 | $50.00 |

11.

On July 1, 2015, the City of Somerville wrongfully put an immobilization device on the front driver-side wheel of Plaintiff's vehicle, aforesaid; and issued a

Seizure Notice, a true and correct copy of which is attached herewith and marked Exhibit 3.

14.

On July 7, 2015, in finalization of said act of wrongful seizure, the City of Somerville since instructed defendant Pat's Towing that since towed away and has possession of Plaintiff's said vehicle; imposing a parking fee that increases at the rate of $35.00, daily.

15.

WHEREFORE, Plaintiff demands judgment against the Defendant, and prays the Court as follows:

a) A Declaration that the failure of the City of Somerville to provide parking to meet the special needs of disabled and/or handicapped persons within its city limits, violates the Americans With Disabilities Act, 42 U.S.C. §§ 12101, et seq.;

b) An injunction requiring the City of Somerville to provide all over the City of Somerville adequate spaces in strategic places for the parking of the vehicles of handicapped persons;

c) An injunction requiring the City of Somerville and Pat's Towing to return the Ford Explorer, registration number 2AA879 to Plaintiffs;

d)   To grants Plaintiff damages for the loss of the use of his vehicle that has a daily rental value of about $50.00;

e)   To grants Plaintiff punitive damages;

f)   To grants Plaintiff triple damages;

g)   To grants Plaintiff attorney fees and costs;

h)   To grants Plaintiff a jury trial on all issues;

i)   To grants Plaintiff other such relief as the Court deems just and equitable.

Sworn and subscribed under pain of perjury this 20th day of July, 2015.

**LEOPOLD O. V. ENWONWU.**

355 Medford Street
Somerville, Massachusetts 02145
(857) 266-9590
*lochezzi@hotmail.com.*