UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEOPOLD O.V. ENWONWU,<br>    Plaintiff,<br><br>v.<br><br>CITY OF SOMERVILLE, and<br>PAT'S TOWING,<br>    Defendants. | C.A. No. 1:15-CV-13036-LTS |

**OPPOSITION OF DFENDANT, PAT'S TOWING, TO PLAINTIFF'S RENEWED MOTION TO COMPEL RESPONSE TO PLAINTIFF'S DISCOVERY REQUESTS AND FOR SANCTIONS**

The Defendant, Pat's Towing, hereby opposes the plaintiff's motion for the following reasons:

1. Plaintiff's Motion is not in compliance with Local Rule 37.1; and
2. Plaintiff refused to cooperate in the scheduling of inventory of items in the vehicle currently within the possession of Pat's Towing.

                The defendant,

                PAT'S TOWING,

                By its attorneys,

                /s/ Kevin C. Cain
                Kevin C. Cain (#550055)
                SULLOWAY & HOLLIS P.L.LC.
                960 Turnpike Street, Suite 3C
                Canton, MA   02021
                Direct Tel: 781-320-5441
                Fax:  (781) 320-5444
                Email: kcain@sulloway.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as nonregistered participants on June 14, 2016.

/s/ Kevin C. Cain