IN THE UNITED STATES DISTRICT COURT
FOR MASSACHUSETS

| | |
|---|---|
| LEOPOLD O. V. ENWONWU, | ) |
| | ) CIVIL ACTION FILE NO: |
| Plaintiff/Appellant, | ) |
| | ) 1:15-cv-13036-LTS |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| CITY OF SOMERVILLE, AND PAT'S TOWING, | ) |
| | ) |
| Defendants/Appellees, | ) |

## NOTICE OF APPEAL

Notice is hereby given that Leopold O. V. Enwonwu, Plaintiff in the above named case hereby appeal to the United States Court of Appeals for the First Circuit from the Judgment rendered on November 21, 2016 by Leo T. Sorokin, Judge, United States District Court for Massachusetts.

Respectfully submitted this 13th day of December, 2016.

*[signature]*

**LEOPOLD O. V. ENWONWU.**

355 Medford Street
Somerville, Massachusetts 02145
(857) 266-9590
*lochezzi@hotmail.com*

Leopold O. V. Enwonwu
P.O. Box 45486
Somerville, Massachusetts 02145

THE CLERK
U. S. DISTRICT COURT
1 Courthouse Way,
Boston, MA 02210.

